**Order entered January 15, 2021**



**In the**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00023-CV**

**IN RE JOSEPHINE MARIE WORLEY, Relator**

**Original Proceeding from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-52296-2020**

**ORDER**

Before Justices Myers, Partida-Kipness, and Carlyle

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/    CORY L. CARLYLE
       JUSTICE